UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ursula N. Williams, et al., | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:20–cv–04018 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| PHH Mortgage Corporation, | § | |
| Defendant. | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The following schedule will control disposition of this case through class certification:

1. **+ 145 days From start Of discovery** — DISCLOSURE OF EXPERT WITNESSES IN SUPPORT OF CLASS CERTIFICATION AND PRODUCTION OF THEIR REPORTS

2. **+ 45 days** — DISCLOSURE OF REBUTTAL EXPERT WITNESSES AND PRODUCTION OF THEIR REPORTS

3. **+ 30 days** — COMPLETION OF DISCOVERY RELATED TO CLASS CERTIFICATION

4. **+ 15 days** — MOTION FOR CLASS CERTIFICATION

   A party moving for class certification under Rule 23(c) after this date must show good cause.

3. **+ 70 days** — HEARING ON MOTION FOR CLASS CERTIFICATION

   The hearing will occur at _____ in Courtroom 8B, United States Courthouse, 515 Rusk, Houston, Texas.

Discovery at present is limited to topics necessary to class certification. Other scheduling deadlines will be set as determined appropriate at a later date.

Any party wishing to bring a dispositive motion must seek advance permission by motion.

Any party wishing to make a discovery or scheduling motion must obtain permission before the submission of motion papers. This includes any motion to compel, to quash, for protection, or for extension. Follow Section 15 of the Court's procedures.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge