UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| URSULA N. WILLIAMS, MELBOURNE POFF, and BARBARA POFF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION, in its individual capacity and as successor by merger to OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | No.: 4:20-cv-04018<br><br>Filed Electronically |

**DEFENDANT'S AMENDED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order for Conference and Disclosure of Interested Parties, PHH Mortgage Corporation, as successor by merger to Ocwen Loan Servicing, LLC, hereby files this amended corporate disclosure statement and identifies below all attorneys of record and all persons or entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations.

1. Robert Henry Ford, counsel for Defendants

2. Michael R. Pennington, counsel for Defendants

3. Scott Burnett Smith, counsel for Defendants

1

4.  Zachary A. Madonia, counsel for Defendants

5.  Christopher Albert Reese, counsel for Defendants

6.  Randall K. Pulliam, counsel for Plaintiffs

7.  Lee Lowther, counsel for Plaintiffs

8.  Patricia M. Kipnis, counsel for Plaintiffs

9.  James L. Kauffman, counsel for Plaintiffs

10. Ursula N. Williams, Plaintiff

11. Barbara Poff, Plaintiff

12. Melbourne Poff, Plaintiff

13. Individuals in putative Class as defined in paragraph 57 of Plaintiffs' Class Action Complaint

14. <u>Ocwen Financial Corporation</u>, which is publicly traded on the New York Stock Exchange (OCN) and which is the parent corporation of PHH Corporation

15. PHH Corporation, which is privately held and the parent corporation of Defendant PHH Mortgage Corporation

16. PHH Mortgage Corporation, Defendant and successor by merger to named Defendant Ocwen Loan Servicing, LLC

17. Ocwen Loan Servicing, LLC, Defendant, which no longer exists as a standalone entity

Dated: April 14, 2021

/s/ Robert H. Ford
Robert H. Ford
Texas Federal ID No. 1392569
Texas State Bar No. 24074219
BRADLEY ARANT BOULT CUMMINGS, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, TX 77002
Telephone: (713) 576-0356
Facsimile: (713) 576-0301

Michael R. Pennington (admitted *pro hac vice*)
Zachary A. Madonia (admitted *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS, LLP
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 488-6391

Scott Burnett Smith
Texas Federal ID No. 2923954
Texas State Bar No. 24119040
BRADLEY ARANT BOULT CUMMINGS, LLP
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801
Telephone: (256) 517-5198
Facsimile: (256) 517-5298

***ATTORNEYS FOR DEFENDANT, PHH MORTGAGE CORPORATION, AS SUCCESSOR BY MERGER TO OCWEN LOAN SERVICING, LLC***

## **CERTIFICATE OF SERVICE**

    I, Robert Ford, hereby certify that on April 14, 2021, I caused the foregoing Amended Corporate Disclosure Statement and Certificate of Interested Parties to be electronically filed and served on all counsel of record via the Court's ECF system. The document is available for viewing and downloading from the ECF PACER system.

                                                     */s/     Robert H. Ford*
                                                     Robert H. Ford